UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 AUG -6 PM 12: 03

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 2:20-cr-74-1 |
| ) | |
| RYAN BEAULIEU, ) | |
| Defendant.   ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 16, 2020, in the District of Vermont and elsewhere, the defendant, RYAN BEAULIEU, employed, used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using a means and facility of interstate and foreign commerce, and the visual depiction was transmitted using a means and facility of interstate and foreign commerce.

(18 U.S.C. § 2251(a))

2

## COUNT TWO

On or about June 5, 2020, in the District of Vermont and elsewhere, the defendant, RYAN BEAULIEU, employed, used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using a means and facility of interstate and foreign commerce, and the visual depiction was transmitted using a means and facility of interstate and foreign commerce.

(18 U.S.C. § 2251(a))

## COUNT THREE

On or about June 27, 2020, in the District of Vermont and elsewhere, the defendant, RYAN BEAULIEU, knowingly and intentionally distributed visual depictions using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

(18 U.S.C. § 2252(a)(2))

## COUNT FOUR

On or about July 24, 2020, in the District of Vermont, the defendant, RYAN BEAULIEU, knowingly possessed at least one matter which contained visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, and that had been produced using materials which had been mailed, and so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(18 U.S.C. § 2252(a)(4)(B))

A TRUE BILL

FOREPERSON

_____ (MJL)
CHRISTINA E. NOLAN (JAO)
United States Attorney
Burlington, Vermont
August 6, 2020

4