U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 NOV -9 PM 2:06

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:20-CR-00074 |
| ) | |
| RYAN BEAULIEU, ) | |
| Defendant ) | |

## ORDER

On November 6, 2020, Defendant moved to extend the date for filing pretrial motions to December 7, 2020. This is the first request for an extension. The government does not oppose this motion.

The extension is needed because defense counsel has received a large quantity of discovery in this case and is still awaiting a forensic report from the government regarding the electronic devices seized. Upon receipt of the forensic report, counsel will need time to review the report with Mr. Beaulieu and with the defense forensic expert before determining what if any pretrial motions to file.

The Court, having considered this application, finds that the failure to grant this continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the defendant's Motion is GRANTED. Pretrial motions are to be filed by December 7, 2020.

Dated at Burlington, Vermont this 6th day of November, 2020.

                                       Hon. Christina Reiss
                                       United States District Judge